UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 17-30213 |
| ONEILL, MICHAEL KEVIN | | Chapter: | 7 |
| | | Judge: | CMG |

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on December 19, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
>  Real Estate at:453 MYRTLE AVENUE, BRICK, NJ
> The debtor(s) purchased the property in 2004 for $169,000. The property is valued at $188,373 based upon a Comparative Market Analysis.

> Liens on property:
>
> Bank of America - $178,498
> Citimortgage Inc. - $29,683

> Amount of equity claimed as exempt:
>
> None

 Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-30213-CMG
Michael Kevin O'Neill                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1           Date Rcvd: Nov 20, 2017
                              Form ID: pdf905       Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db          +Michael Kevin O'Neill,    453 Myrtle Avenue,    Brick, NJ 08723-6158
517105895   +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517105896    Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
517105897   +Citi Bank,    PO BOX 6004,    Sioux Falls, SD 57117-6004
517105898   +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
517105899   +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
              Saint Louis, MO 63179-0040
517105900    Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
517105901   +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
              Cleveland, OH 44181-0315
517105905   +Suntrustbank/gs Loan S,    1797 N East Expy Ne,    Brookhaven, GA 30329-7803
517105902  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,     Po Box 108,    Saint Louis, MO 63166)
517105908    Wffnb Retail,    Cscl Dispute Team,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2017 23:41:24      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2017 23:41:22      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517105903   +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 20 2017 23:40:49      Kohls/Capital One,
              Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517105904   +E-mail/Text: bkdepartment@rtresolutions.com Nov 20 2017 23:41:35      Real Time Resolutions,
              Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517105906   +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2017 23:56:37      Syncb/Mattress Firm I,
              Po Box 965064,    Orlando, FL 32896-5064
517105907    E-mail/Text: bankruptcy@td.com Nov 20 2017 23:41:27      TD Bank, N.A.,    Attn: Bankruptcy,
              32 Chestnut St,    Lewiston, ME 04243
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST
               2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES rsolarz@kmllawgroup.com
              Stephen P. Dempsey    on behalf of Debtor Michael Kevin O'Neill steve@dempseyfirm.com
              Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5