UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-30213-CMG

Michael Kevin O'Neill

Chapter: 7

Judge: Gravelle

Debtor(s)

**CERTIFICATION OF NO OBJECTION**

I ___Alyson M. Guida___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
453 MYRTLE AVENUE, BRICK, NJ

JEANNE A. NAUGHTON, Clerk

Date: 12/13/2017              By: Alyson M. Guida

*rev.2/10/17*